IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELISE ANNETTE DAVIS                                    PLAINTIFF

v.                          No. 4:21-cv-711-DPM

LITTLE ROCK POLICE
DEPARTMENT; NORTH LITTLE
ROCK POLICE DEPARTMENT;
KEVIN WARD, Reporting Officer; and
BILLY BRACKINS, Reporting Officer          DEFENDANTS

JUDGMENT

Davis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021